# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **GENARO LOPEZ PASTOR,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KRSTI NOEM, SECRETARY,** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; TODD LYONS, ACTING** | § | **No.  3:25-CV-00716-LS** |
| **DIRECTOR, IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT;** | § | |
| **PAMELA BONDI, ATTORNEY** | § | |
| **GENERAL, U.S. DEPARTMENT OF** | § | |
| **JUSTICE; MARY DE ANDA-** | § | |
| **YBARRA, FIELD OFFICE** | § | |
| **DIRECTOR, EL PASO FIELD** | § | |
| **OFFICE, IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; and** | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA,** | § | |
| | § | |
| *Respondents*. | § | |

## <u>ORDER FOR SERVICE</u>

Petitioner Genaro Lopez Pastor challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **January 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 30, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**